IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathleen Oswalt, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 10-1327 |
| Leslie Glikis, | ) |
| Defendant. | ) |

AMBROSE, Senior District Judge

## ORDER OF COURT

In light of the fact that I have dismissed all claims over which I have original jurisdiction (ECF No. [26]), I decline to exercise supplemental jurisdiction as to the remaining state-law claims against Leslie Glikis. Accordingly, I dismiss these claims pursuant to 28 U.S.C. §1367(c)(3), albeit without prejudice to refiling the claims in state court. The dismissal of the state-law claims without prejudice should not work to Plaintiffs' disadvantage. Section 1367(d) provides for at least a 30-day tolling of any applicable statute of limitation so as to allow a plaintiff to refile his/her claims in state court.

This case shall be marked "Closed."

BY THE COURT:

s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge

Dated: August 4, 2011